**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Melvin Raymond Schield, Jr. v. Dianna Lee Schield

Appellate case number:   01-12-00849-CV

Trial court case number:  62712

Trial court:                     300th District Court of Brazoria County

On October 25, 2012, appellant, Melvin Raymond Schield, Jr., filed an affidavit of indigence in this court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On November 7, 2012, the Clerk of this Court sent a copy of the affidavit to the trial court clerk. *See* TEX. R. APP. P. 20.1(c)(1), (d)(2). On March 4, 2013, the district clerk filed a clerk's record on indigence, reflecting that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the district clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is further **ORDERED** that the court reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Jim Sharp

☑ Acting individually      ☐ Acting for the Court

Date: May 8, 2013